### MONTS *v.* THE STATE.

SIMMONS, C. J. The evidence authorized the verdict. It was not made to appear that the alleged newly discovered evidence could not, by the exercise of proper diligence, have been obtained before the trial, and such evidence was, moreover, merely impeaching in its character.
*Judgment affirmed. All the Justices concur.*

Submitted April 21, — Decided May 10, 1904.

Accusation of larceny from the house. Before Judge Crisp. City court of Americus. February 1, 1904.

*A. R. Logan*, for plaintiff in error.

*J. A. Ansley Jr., solicitor*, contra.